ELSIE POLAKOFF, Respondent, v. SAMUEL POLAKOFF, Appellant.— Judgment for plaintiff in a separation action awarding her ten dollars a week alimony and dismissing defendant's counterclaim modified by reducing the alimony to eight dollars a week. As so modified the judgment is unanimously affirmed, without costs. Conclusion of law numbered III is modified accordingly. No opinion. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Johnston, JJ.

IRVING POLLACK, Appellant, Respondent, v. THE MASTLY CORPORATION and Another, Respondents, Appellants.— Order, on reargument, granting plaintiff's motion for summary judgment, denying defendants' motion to dismiss the complaint, and granting defendants' motion for summary judgment on their set-off and counterclaim, and the judgment entered thereon pursuant to section 477 of the Civil Practice Act, reversed on the law, plaintiff's motion for summary judgment denied, defendants' motion to dismiss the complaint granted, defendants' motion for summary judgment denied, and the judgment vacated, without costs. Neither the complaint nor the counterclaim states facts sufficient to constitute a cause of action. Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK MONTAPERTO, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of the crime of unlawfully transporting and selling alcoholic beverages, unanimously affirmed. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

I. ROKEACH & SONS, INC., Respondent, v. HEBREW NATIONAL SOAP CORPORATION and Others, Appellants, and DAVID CARMEL, Defendant.— Judgment in favor of the plaintiff, permanently enjoining and restraining appellants from disposing of soap or any other products in cartons resembling those of the plaintiff, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.

NAZEERA J. SALEEBY, Respondent, v. JOHN A. SALEEBY, Appellant.—Action by wife for separation on ground of cruelty and non-support. Judgment in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

SAMUEL WEINSTEIN, Appellant, v. REALTY OPERATING COMPANY and Another, Respondents.—Action for a broker's commission on the sale of real estate. Judgment for defendants, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Johnston, JJ.